# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICARDO BOPP,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
          v.                                     )  Civil Case No. 09-1736 (RJL)
                                                 )
WELLS FARGO BANK, N.A. *et al.*,                 )
                                                 )
                    Defendants.                  )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 20t day of September, 2010, hereby

**ORDERED** that Wells Fargo, World, and Wachovia's Motion To Dismiss [#5] is **GRANTED**; and it is further

**ORDERED** that Wells Fargo, World, and Wachovia's Motion for More Definite Statement and to Strike Portions of Plaintiff's Complaint [#6] is **DENIED AS MOOT.**

**SO ORDERED.**

RICHARD J. LEON
United States District Judge